IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABU SHERVON McCRAY, | No. CIV S-06-0485-GEB-CMK-P |
|     Petitioner, | |
|  vs. | ORDER |
| SCOTT KERNAN, et al., | |
|     Respondents. | |
| _____ / | |

       Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not, however, filed an application to proceed in forma pauperis or paid the required filing fee.  See 28 U.S.C. §§ 1914(a), 1915(a). Petitioner will be provided the opportunity to submit either a completed application to proceed in forma pauperis or the appropriate filing fee.  Petitioner is warned that failure to comply with this order may result in the dismissal of this action.  See Local Rule 11-110.

       Accordingly, IT IS HEREBY ORDERED that:

       1.    Petitioner shall submit on the form provided by the Clerk of the Court, within 30 days from the date of this order, a complete application for leave to proceed in forma pauperis, or the appropriate filing fee; and

2.      The Clerk of the Court is directed to send petitioner a new form Application to Proceed In Forma Pauperis By a Prisoner.

DATED: March 14, 2006.

                                                              _____
                                                              **CRAIG M. KELLISON**
                                                              UNITED STATES MAGISTRATE JUDGE