IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABU SHERVON McCRAY, | No. CIV S-06-0485-GEB-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| SCOTT KERNAN, et al., | |
| Respondents. | |
| _____ / | |

Pending before the court is respondents' motion for an extension of time (Doc. 10), filed on May 11, 2006.

On April 6, 1006, the court ordered respondents to file a response to the petition for a writ of habeas corpus within 30 days. Respondents now seek an extension of that deadline to June 13, 2006. Good cause appearing therefor, the request will be granted. Failure to comply with this order may result in the imposition of appropriate sanctions. See Local Rule 11-110.

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. Respondents' motion for an extension of time is granted; and

2. Respondents shall file a response to the petition by June 13, 2006.

DATED: May 17, 2006.

                                        **CRAIG M. KELLISON**
                                        UNITED STATES MAGISTRATE JUDGE