IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **SABU SHERVON McCRAY,** | 2:06-cv-00485-GEB-CMK |
| Petitioner, | **ORDER** |
| v. | |
| **SCOTT KERNAN, et al.,** | |
| Respondents. | |

GOOD CAUSE HAVING BEEN SHOWN, Respondent is granted a seven-day extension of time, to and including June 20, 2006, within which to file his response to the petition.

DATED: June 14, 2006.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE