IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABU SHERVON McCRAY, | No. CIV S-06-0485-GEB-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| SCOTT KERNAN, et al., | |
| Respondents. | |
| _____/ | |

Petitioner, a state prisoner proceeding with appointed counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's motion for an extension of time (Doc. 24) to file a supplemental memorandum of points and authorities addressing the merits of the claims raised in this petition.

Given the complexity of the issues raised in this case, the court appointed counsel to represent petitioner and provided petitioner, through appointed counsel, the opportunity to file a supplemental memorandum of points and authorities within 30 days. Petitioner now seeks a 60-day extension of that deadline to December 4, 2006. Good cause appearing therefor, the request will be granted.

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion for an extension of time (Doc. 24) is granted;

2. On or before December 4, 2006, petitioner, through appointed counsel, may file a supplemental memorandum of points and authorities addressing the merits of the claims raised in this petition;

3. Within 30 days after service of petitioner's supplemental memorandum in support of the petition, or within 30 days after expiration of the time to do so if none is filed, respondents shall file an answer; and

4. Petitioner's traverse is due within 30 days after service of respondents' answer.

DATED: October 13, 2006.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE