```
 1 | DANIEL J. BRODERICK, #89424
   | Federal Defender
 2 | MONICA KNOX, Bar #84555
   | Assistant Federal Defender
 3 | Designated Counsel for Service
   | 801 I Street, 3rd Floor
 4 | Sacramento, California 95814
   | Telephone: (916) 498-5700
 5 |
   | Attorneys for Petitioner
 6 | SABU SHERVON McCRAY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| SABU SHERVON McCRAY, | ) NO. CIV-S-06-0485 GEB CMK (HC) |
|---|---|
| Petitioner, | ) |
| v. | ) **UNOPPOSED REQUEST FOR EXTENSION OF TIME;** |
| SCOTT KERNAN, Warden, et al., | ) **DECLARATION OF MONICA KNOX; ORDER** |
| Respondents. | ) |

    Petitioner, Sabu McCray, by and through counsel, Assistant Federal Defender Monica Knox, hereby requests a forty-five (45)-day extension of time, to and including January 18, 2007, within which to file a supplemental Points and Authorities supporting the petition. This request is made pursuant to Local Rule 6-144 and is based on the attached Declaration of Monica Knox. The extension is unopposed by Respondent.

Dated: December 4, 2007

                                            Respectfully submitted,

                                            DANIEL J. BRODERICK
                                            Federal Defender

                                            /s/ *Monica Knox*

                                            _____
                                            MONICA KNOX
                                            Assistant Federal Defender
                                            Attorney for Petitioner

## DECLARATION OF MONICA KNOX

I, MONICA KNOX, declare as follows:

I am an attorney licensed to practice in the State of California and admitted to practice in the Eastern District; I am employed as an Assistant Federal Defender and, in that capacity, represent the petitioner in this matter.

The Court appointed the Federal Defender to represent petitioner on August 28, 2006. By order of September 5, 2006, the court gave counsel 30 days to file a supplemental memorandum of points and authorities supporting the petition. The matter was assigned to me in the middle of September. I sought and received a 60-day extension in the beginning of October because I had found that there were additional materials that I needed to obtain and review before I could prepare a supplemental pleading. I have recently obtained those materials, but I need time to review them and research and prepare a supplemental memorandum of points and authorities.

For the foregoing reasons, I am requesting an additional forty-five (45) days, to and including January 18, 2007, by which to file a supplemental memorandum of points and authorities.

I have spoken by telephone with Deputy Attorney General Maria Chan, who represents Respondents in this matter. She advises that she has no objection to an extension. I have notified my client by mail of my intention to seek this extension.

I declare under penalty of perjury the foregoing is true and correct.

Executed this 4th day of December, 2007, at Sacramento, California.

/s/ *Monica Knox*
MONICA KNOX

DANIEL J. BRODERICK, #89424
Federal Defender
MONICA KNOX, Bar #84555
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Petitioner
SABU SHERVON McCRAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SABU SHERVON McCRAY**, | NO. CIV-S-06-0485 GEB CMK (HC) |
| Petitioner, | |
| v. | **ORDER** |
| **SCOTT KERNAN, Warden, et al.**, | |
| Respondents. | |

GOOD CAUSE APPEARING, Petitioner is given to and including January 18, 2007, in which to file a supplemental memorandum of points and authorities.

DATED: December 5, 2006.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE