DANIEL J. BRODERICK, #89424
Federal Defender
MONICA KNOX, Bar #84555
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Petitioner
SABU SHERVON McCRAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SABU SHERVON McCRAY**, ) | NO. CIV-S-06-0485 GEB CMK (HC) |
| ) | |
| Petitioner, ) | |
| ) | **UNOPPOSED REQUEST FOR** |
| v. ) | **EXTENSION OF TIME;** |
| ) | **DECLARATION OF MONICA KNOX;** |
| **SCOTT KERNAN, Warden, et al.,** ) | **ORDER** |
| ) | |
| Respondents. ) | |
| ) | |

    Petitioner, Sabu McCray, by and through counsel, Assistant Federal Defender Monica Knox, hereby requests a forty (40)-day extension of time, to and including February 28, 2007, within which to file a supplemental Points and Authorities supporting the petition. This request is made pursuant to Local Rule 6-144 and is based on the attached Declaration of Monica Knox. The extension is unopposed by Respondent.

Dated: January 18, 2007

                                              Respectfully submitted,

                                              DANIEL J. BRODERICK
                                              Federal Defender


                                              /s/ *Monica Knox*

                                              _____
                                              MONICA KNOX
                                              Assistant Federal Defender
                                              Attorney for Petitioner

**DECLARATION OF MONICA KNOX**

I, MONICA KNOX, declare as follows:

I am an attorney licensed to practice in the State of California and admitted to practice in the Eastern District; I am employed as an Assistant Federal Defender and, in that capacity, represent the petitioner in this matter.

The Court appointed the Federal Defender to represent petitioner on August 28, 2006. The court has previously granted me two extensions to file a supplemental memorandum of points and authorities supporting the petition, extensions necessitated by a need to obtain and review additional documents. The supplemental memorandum is due today, but I have not been able to draft it. I am requesting one final extension of forty (40) days to draft and file the memorandum.

When I commenced work in the office of the Federal Defender in this district in September, 2006, I was immediately handed over fifteen cases, including this one. Many of the cases had already been pending in the district court for some time, in some cases for years. I had also brought five cases with me from the Federal Defender's office in the Central District, where I had worked for many years. It took me a few months just to review the cases and make an assessment of what needed to be done. I attempted to deal with the oldest cases first.

This case was the most-recently-filed case of the cases I was handed. I made a preliminary review of it immediately and assessed that I needed additional materials. I arranged to get those materials. But I have been too busy with other cases to have completed my review of the materials or to draft a pleading. Having filed necessary pleadings in several of the cases, I have now been able to set a realistic calendar for the remaining cases, including this one. And I am asking for forty more days to complete the pleading in this matter. I am confident that, absent some significantly unforeseen occurrence, I will be able to file a supplemental memorandum within that period.

For the foregoing reasons, I am requesting an additional forty (40) days, to and including February 28, 2007, by which to file a supplemental memorandum of points and

1 authorities.

2 I have spoken by telephone with Deputy Attorney General Maria Chan, who represents Respondents in this matter.  She advises that she has no objection to an extension.  I have notified my client by mail of my intention to seek this extension.

I declare under penalty of perjury the foregoing is true and correct.

Executed this 18th day of January, 2007, at Sacramento, California.

/s/ *Monica Knox*
MONICA KNOX

DANIEL J. BRODERICK, #89424
Federal Defender
MONICA KNOX, Bar #84555
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Petitioner
SABU SHERVON McCRAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SABU SHERVON McCRAY**, | NO. CIV-S-06-0485 GEB CMK (HC) |
| Petitioner, | |
| v. | **ORDER** |
| **SCOTT KERNAN, Warden, et al.**, | |
| Respondents. | |

GOOD CAUSE APPEARING, Petitioner is given to and including February 28, 2007, in which to file a supplemental memorandum of points and authorities.

DATED:  January 18, 2007.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE