DANIEL J. BRODERICK, #89424
Federal Defender
MONICA KNOX, Bar #84555
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Petitioner
SABU SHERVON McCRAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABU SHERVON McCRAY,<br><br>　　　　Petitioner,<br><br>　v.<br><br>SCOTT KERNAN, Warden, et al.,<br><br>　　　　Respondents. | NO. CIV-S-06-0485 GEB CMK (HC)<br><br>**UNOPPOSED REQUEST FOR EXTENSION OF TIME; DECLARATION OF DAVID PORTER; ORDER** |

　　　Petitioner, Sabu McCray, by and through counsel, Assistant Federal Defender David M. Porter, hereby requests a three (3)-court-day extension of time, to and including March 5, 2007, within which to file a supplemental memorandum of Points and Authorities supporting the petition. This request is made pursuant to Local Rule 6-144 and is based on the attached Declaration of David M. Porter. The extension is unopposed by Respondent.

Dated: February 28, 2007

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　DANIEL J. BRODERICK
　　　　　　　　　　　　　　　　　　　　Federal Defender


　　　　　　　　　　　　　　　　　　　　/s/ *David M. Porter*
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　DAVID M. PORTER
　　　　　　　　　　　　　　　　　　　　Assistant Federal Defender

　　　　　　　　　　　　　　　　　　　　Attorneys for Petitioner

**DECLARATION OF DAVID M. PORTER**

I, David M. Porter, declare as follows:

I am an attorney licensed to practice in the State of California and admitted to practice in the Eastern District; I am the supervisor of the non-capital habeas and appeals unit in the Office of the Federal Defender.

The Court appointed the Federal Defender to represent petitioner on August 28, 2006. The court has previously granted petitioner three extensions for a total of 145 days to file a supplemental memorandum of points and authorities supporting the petition, extensions necessitated by the need to obtain and review additional documents. The supplemental memorandum is due today, and it is essentially in final form; however, Ms. Knox, the attorney primarily responsible for the case is unable to come to the office to oversee its filing because of inclement weather. Accordingly, we seek this brief extension of time.

I have spoken by telephone with Deputy Attorney General Maria Chan, who represents Respondents in this matter. She advises that she has no objection to an extension.

I declare under penalty of perjury the foregoing is true and correct.

Executed this 28th day of February, 2007, at Sacramento, California.

/s/ *David M. Porter*
DAVID M. PORTER

DANIEL J. BRODERICK, #89424
Federal Defender
MONICA KNOX, Bar #84555
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Petitioner
SABU SHERVON McCRAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SABU SHERVON McCRAY**, | NO. CIV-S-06-0485 GEB CMK (HC) |
| Petitioner, | |
| v. | **ORDER** |
| **SCOTT KERNAN, Warden, et al.**, | |
| Respondents. | |

GOOD CAUSE APPEARING, Petitioner is given to and including March 5, 2007, in which to file a supplemental memorandum of points and authorities.

DATED: March 2, 2007.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

3