DANIEL J. BRODERICK, Bar #89424
Federal Defender
MONICA KNOX, Bar #84555
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SABU SHERVON McCRAY,** | NO. CV 06-0485 GEB CMK |
| Petitioner, | |
| v. | **ORDER** |
| **SCOTT KERNAN, Warden, et al.,** | |
| Respondents. | |

Good cause appearing, petitioner is given to and including June 11, 2007 to file his Supplemental Traverse.

DATED:   June 6, 2007.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE